**FILED**
2026 Feb-10 AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| BENANCIO MEJIA AYALA<br><br>*Petitioner*<br><br>v.<br><br>MELLISSA HARPER, *et al*<br><br>*Respondents.* | Civil Action No. _____ |

## PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Petitioner Benancio Mejia Ayala respectfully requests that this Honorable Court grant a temporary restraining order ("TRO") and preliminary injunction against Respondents because, as demonstrated in the attached memorandum of law and other supporting documents, his detention by Respondents is unlawful.

Petitioner therefore requests an order enjoining Respondents from further detaining him. Upon filing of his underlying petition, undersigned counsel will contact the United States Attorney's Office for the Northern District of Alabama on their position on this Motion on February 9, 2026 and upon information and belief they oppose this temporary restraining order.

1

Dated: February 9, 2026        Respectfully submitted,


/s/ David Rozas
David J. Rozas
Rozas and
Associates 7967
Office Park Blvd.
Baton Rouge, La
70809 225-478-
1111
david@rozaslaw.com
*Counsel for Petitioner*


/s/ Logan Duplessis
Logan Duplessis
Rozas Law Firm
7967   Office   Park
Blvd,  Baton  Rouge,
La  70809  225-478-
1111
logan.duplessis@rozaslaw.com
*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 65.1

I hereby certify February 9, 2026, I electronically filed the foregoing document, supporting memorandum, and proposed order with the Clerk of the Court using the CM/ECF system. I will email this Motion and its supporting documents to the email and mail certified to the addresses for the United States Attorney's Office, Western District of Louisiana:

/s/ David Rozas
David Rozas
Rozas Law Firm
7967 Office Park Blvd, Baton Rouge, La 70809 225-478-1111
david@rozaslaw.com

/s/ Logan Duplessis
Logan Duplessis
Rozas Law Firm
7967 Office Park Blvd, Baton Rouge, La 70809 225-478-1111
logan.duplessis@rozaslaw.com

3